585 A.2d 410

SAMUEL CORSARO v. NEW JERSEY STATE PAROLE BOARD.

October 30, 1990.

Petition for certification denied.

585 A.2d 410

RONALD E. LONG, SR. v. WILLIAM H. FAUVER.

October 30, 1990.

Petition for certification denied.

585 A.2d 410

RAYMOND PAPROTA v. AETNA LIFE AND CASUALTY COMPANY AND ALAN RUSS.

October 30, 1990.

Petition for certification denied.

585 A.2d 410

1530 OWNERS CORPORATION v. BOROUGH OF FORT LEE.

October 30, 1990.

Petition for certification denied.

585 A.2d 410

1530 OWNERS CORPORATION v. BOROUGH OF FORT LEE.

October 30, 1990.

Cross-petition for certification denied.